21-mj-1472-BGM

| United States District Court Violation Notice | CVB Location Code A66 | | |
|---|---|---|---|
| Violation Number FA0G00ZC | Officer Name SANBURN | Officer No. 2062 | FA0G00ZC |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense 01/24/2021 13:10 | Offense FED 36CFR 26154D |
|---|---|

Place of Offense
MT LEMMON

Offense Description: Factual Basis for Charge    HAZMAT ☐
FAIL TO OBEY TRAFFIC CONTROL DEVICE

**DEFENDANT INFORMATION**    Phone: (     )

| Last Name HARWIN | First Name DANIEL | M.I. M |
|---|---|---|

Street Address
[redacted]

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | $100.00 | Forfeiture Amount |
|---|---|---|
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $130.00 | Total Collateral |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)



SEALED

FILED ___ RECEIVED ___ LODGED ___ COPY
MAR 11 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

CC by MCC: AUSA J. Stephens; PRO SE D. Harwin

FAOG00ZC

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 24, 2021 while exercising my duties as a law officer in the FEDERAL District of AZ

Pursuant to 16 USC 551: While on patrol in the Coronado National Forest, Santa Catalina Ranger District, in my fully marked law enforcement patrol vehicle, I, Mark Sanburn, a United States Forest Service Law Enforcement Officer, observed an unoccupied parked vehicle bearing AZ registration plate CEW7114 in the parking lot of the Middle Bear Day Use/Picnic Area that did not have a recreation pass displayed. I made contact with a male subject, later identified through his AZ driver's license as Daniel M. HARWIN, who claimed responsibility for parking the vehicle at the site.

Due to snow and ice conditions on the General Hitchcock Hwy, the Pima County Sheriff's Department (PCSD) closed the highway to all motor vehicles, except operators of motor vehicles who reside or are employed atop Mt Lemmon. As of 0854 hours, the county road information phone recording and a large DOT style sign board at the roadblock indicates this restriction. When asked, HARWIN said that he provided a PCSD Sheriff Auxiliary Volunteer (SAV) at the roadblock the following information at approximately 1000 hours. HARWIN claimed that he informed the volunteer that he was headed to 12625 N Ray Ave in Summerhaven in order to check on his dad's business associates construction site. HARWIN informed me that the volunteer allowed him through the roadblock with that information.

While talking with HARWIN further, he confirmed for me that he was neither employed nor a resident of Mt Lemmon. I asked HARWIN if it was his intention to just come up to the mountain to go sledding with his girlfriend. HARWIN answered by saying, "I think you know now, of course it is. Of course it is." I further stated, "Your sole intention was to come up sledding and you used that excuse to get through the roadblock, yes?" Of course.

HARWIN was issued a violation notice for 36 CFR 261.54(d), fail to obey traffic control device.

I later made contact with SAV Steven Permut #51459 at the roadblock. Steven informed me that he allowed HARWIN through the roadblock as HARWIN asserted that he was headed to either his father's cabin and he observed a yellow hang tag in the windshield suggesting Mt Lemmon residency. Steven further stated that HARWIN stopped off at the roadblock on his way down mountain and claimed that he originally told Steven that he was headed to 12625 N Ray Ave in Summerhaven in order to check on his dad's business associates construction site. Steven told me that HARWIN had provided him false information.

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed    January 24, 2021           /M. Sanb——
            Date (mm/dd/yyyy)          Officer's Signature

☒ Probable cause has been stated for the issuance of a

Executed on:  3\11\2021    (signature)
              Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident

| United States District Court Violation Notice | CVB Location Code A66 | | |
|---|---|---|---|
| Violation Number FA0G00ZB | Officer Name SANBURN | Officer No. 2062 | |

21-mj-1472-BGM

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense 01/24/2021  13:10 | Offense FED  36CFR  26117 |
|---|---|

Place of Offense
MIDDLE BEAR DAY USE AREA

Offense Description: Factual Basis for Charge        HAZMAT ☐
FAIL TO PAY RECREATION FEE

FA0G00ZB

**DEFENDANT INFORMATION**    Phone: (    )

| Last Name HARWIN | First Name DANIEL | M.I. M |
|---|---|---|

[Defendant address block redacted]

☐ MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

☒ PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | $50.00 | Forfeiture Amount |
|---|---|---|
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $80.00 | Total Collateral |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)


SEALED

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

MAR 11 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FAOG00ZB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     January 24, 2021     while exercising my duties as a law officer in the     FEDERAL     District of     AZ

Pursuant to 16 USC 551: While on patrol in the Coronado National Forest, Santa Catalina Ranger District, in my fully marked law enforcement patrol vehicle, I, Mark Sanburn, a United States Forest Service Law Enforcement Officer, observed an unoccupied parked vehicle bearing AZ registration plate CEW7114 in the parking lot of the Middle Bear Day Use/Picnic Area. Upon close inspection of the windshield/dashboard area of the vehicle, I observed that no USFS recreation pass was displayed as required by regulation. It is important to not that the vehicle was parked in front of a large sign indicating such regulation.

I later made contact with a male subject, identified through his AZ driver's license as Daniel M. HARWIN, who claimed responsibility for parking the vehicle at the site. Upon request, HARWIN was unable to provide a recreation pass as he said he thought he had one, however, he later said if he did have one it was expired.

HARWIN was issued a violation notice for 36 CFR 261.17, fail to pay recreation fee/display pass.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed     January 24, 2021         *M. Sanb____*
              Date (mm/dd/yyyy)        Officer's Signature

☒ Probable cause has been stated for the issuance of a

Executed on:   3/11/2021    *Bruce D. Meulep*
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident