**Michael Aaron Harwin, P.C.**
100 North Stone Ave., Suite 1005
Tucson, Arizona    85701
(520) 624-3500
(520) 624-9207 Fax
michael@michaelharwin.com

**Michael A. Harwin**
Arizona Bar No. 015787
Pima County Computer No. 64916
Attorney for Defendant Daniel Harwin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No.  21-MJ-01472M |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION TO** |
| vs. | ) | **UNSEAL CASE - DEFENDANT** |
| | ) | **NO LONGER A JUVENILE** |
| Daniel M. Harwin, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant through undersigned moves this Court to enter an Order to:

Unseal the case as to the defendant.  Defendant turned 18 on May 6, 2021.

Dated this 18th day of May, 2021.

    _/s/ Michael A. Harwin_
    Michael A. Harwin
    Attorney for Defendant

A copy of foregoing served electronically
this date to:

All ECF Participants